**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

January 3, 2023

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Gerry De Jesus Marte Hernandez*
13 Cr. 108 (LAP) & 15 Cr. 530 (LGS)

Dear Judge Preska:

On December 22, 2022, our firm was retained to represent Mr. Gerry De Jesus Marte Hernandez in his defense of the above-referenced matters. Prior to our retention, Your Honor scheduled a conference in these matters for January 10, 2023 at 11:30 a.m.; however, I am scheduled to appear before the Honorable Naomi Reice Buchwald on January 10, 2023 at 11:00 a.m. for a sentencing hearing in *United States v. Victor Coplin*, 22 Cr. 272. Therefore, I write to respectfully request that Your Honor grant a time adjustment of the status conference to January 10, 2023, at 10:00 a.m. or after 12:00 p.m., or to a date convenient to the Court thereafter. Thank you for your consideration.

SO ORDERED
12:30
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
1/5/23

Respectfully submitted,

Mark I. Cohen, Esq.

MIC/gmf
Cc: A.U.S.A. Jerry Jia-Wei Fang (via ECF)