

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 7, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   *United States v. Marte Hernandez*, 13 Cr. 108 (LAP), 15 Cr. 530 (LAP)

Dear Judge Preska:

     The Government writes with respect to the status conference currently scheduled for January 10, 2023 in the above-captioned actions. The parties have been engaging in discussions regarding the potential disposition of these actions and believe that they may arrive at a joint agreement that may inform sentencing in the 2013 action and potentially obviate the need for further proceedings in the 2015 action. Accordingly, and with the consent of defense counsel, the Government respectfully requests that the status conference be adjourned for 30 days to a date between February 6 and February 9, 2023 convenient for the Court.

     The Government also requests that Speedy Trial time be excluded in the 2015 action until the date of any rescheduled conference, as the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Counsel for the defendant consents to this exclusion of time.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

By:     /s/
           Jerry Fang / Frank Balsamello
           Assistant United States Attorneys
           Tel. 212-637-2584 / 2325

cc: Mark I. Cohen (by ECF)

```
The conference currently scheduled for January 10, 2023 is
adjourned to February 6, 2023 at 1:00 P.M. in Courtroom 12A.
Speedy Trial time shall be excluded until this conference date
in the interests of justice.
```

                                              *Loretta A. Preska*
                                              1/9/2023