U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 6, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    ***United States v. Marte Hernandez***, 13 Cr. 108 (LAP), 15 Cr. 530 (LAP)

Dear Judge Preska:

      The Government writes with respect to the status conference currently scheduled for June 7, 2023 in the above-captioned actions. The parties have continued to engage in productive discussions regarding the potential disposition of these actions. However, the parties believe that additional time would facilitate finalizing a joint agreement that may inform sentencing in the 2013 action and potentially obviate the need for further proceedings in the 2015 action. Accordingly, the parties jointly request that the status conference be adjourned for another 30 days to a date convenient for the Court.

      The Government also requests that Speedy Trial time be excluded in the 2015 action until the date of any rescheduled conference, as the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Counsel for the defendant consents to this exclusion of time.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s/
      Jerry Fang / Frank Balsamello
      Assistant United States Attorneys
      Tel. 212-637-2584 / 2325

cc: Mark I. Cohen (by ECF)

The conference is adjourned to July 13, 2023 at 10:30 am

6/6/23

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE