

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Marte Hernandez*, 13 Cr. 108 (LAP), 15 Cr. 530 (LAP)

Dear Judge Preska:

    The Government writes with respect to the above-captioned actions to respectfully request that Speedy Trial time be excluded in the 2015 action until the date of the sentencing hearing in the 2013 action, which is scheduled for November 8, 2023, as the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Counsel for the defendant consents to this exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/
    Jerry Fang / Frank Balsamello
    Assistant United States Attorneys
    Tel. 212-637-2584 / 2325

cc: Mark I. Cohen (by ECF)

```
The Government's request is granted.  Speedy trial time in Case No.
15-cr-530 is excluded until November 8, 2023 in the interests of
justice.

SO ORDERED.
```

*Loretta A. Preska*
7/14/2023